Revised 02/04

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

LATOI T. GRANT

Debtor.

Case No. 18-54210-MLO
Chapter 7
Hon. MARIA L. OXHOLM

### STATEMENT OF CREDITOR SANTANDER CONSUMER USA, INC. REGARDING CORPORATE OWNERSHIP

[x]   The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

Name: Santander Holdings USA, Inc
Address: 75 State Street, Boston, MA 02109

Name: Sponsor Auto Finance Holdings Series LP
Addresses: c/o Warburg Pincus LLC, 450 Lexington Ave, New York, NY 10017

c/o Kohlberg Kravis Roberts & Co. L.P., 9 West 57th St., Suite 4200, New York, NY 10019

c/o Centerbridge Partners L.P., 375 Park Avenue, 12th Floor, New York, NY 10152-0002

Name: DDFS LLC
Address: 8585 North Stemmons Freeway, Suite 1100-North, Dallas, TX 75247

(For additional names, attache an addendum to this form)

[ ]   There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated: November 5, 2018

Signature of Authorized Individual
For Santander Consumer USA, Inc.

PAUL F JONES
Print Name

VP-ALC
Title